In re **RICARDO GERMAN ALVAREZ and MIRNA ARACELY FRANCO** / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE ||| 
|---|---|---|---|
| | NAMES: GERSON VINICIO ALVAREZ | AGE: 21 | RELATIONSHIP: SON |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | janitor | |
| Name of Employer | american building maintenance | |
| How Long Employed | 3 years | |
| Address of Employer | 5200 s eastren ave  LOS ANGELES CA 90040 | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2,346.50 | $ 0.00 |
| Estimated Monthly Overtime | $ 164.67 | $ 0.00 |
| SUBTOTAL | $ 2,511.17 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): FICA | $ 190.67 | $ 0.00 |
| STATE TAX | $ 32.50 | $ 0.00 |
| SDI | $ 26.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 249.17 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,262.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,262.00 | $ 0.00 |
| TOTAL COMBINED MONTHLY INCOME  $ 2,262.00 (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Page No. 1 of 1